IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-03115-PAB-KMT

JANE DOE, an individual,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., a Delaware corporation,
UBER USA, LLC, a Delaware limited liability company, and
RASIER, LLC, a Delaware limited liability company,

    Defendants.
_____

# ORDER
_____

    This matter is before the Court on the Stipulation [sic] Motion for Entry of Order Directing Binding Arbitration and Stay of Action [Docket No. 48] filed by plaintiff and defendant Uber Technologies, Inc. and the parties' Supplement to Stipulated Motion for Entry of Order Directing Binding Arbitration, Stay of Action, and Adminstrative [sic] Closure [Docket No. 50].

    Plaintiff filed this action seeking to compel arbitration. Docket No. 1. Plaintiff and defendant Uber Technologies, Inc. filed a motion requesting the Court to stay the case and compel arbitration. Docket No. 48. The Court entered a minute order requesting the positions of defendants Uber USA, LLC and Rasier, LLC with respect to the motion and arbitration and whether the parties opposed administratively closing the case in lieu of staying the case. Docket No. 49. The parties have responded that Uber USA, LLC and Rasier, LLC were "included within 'Uber' for purposes of the Motion,

shall be bound by the Court's order on the Motion, and shall be parties to and bound by the results of the arbitration." Docket No. 50 at 1, ¶ 1. The parties request that the proceeding be both stayed and administratively closed. *Id*. at 1-2. The effect of administrative closure is to terminate pending motions. D.C.COLO.LCivR 41.2.

Wherefore, it is

**ORDERED** that the Stipulation [sic] Motion for Entry of Order Directing Binding Arbitration and Stay of Action [Docket No. 48] is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, this action shall be administratively closed and the parties shall proceed with arbitration in accordance with the terms in the parties' Stipulation and Mutual Agreement to Arbitrate [Docket No. 48 at 2-4]. It is further

**ORDERED** that the request for a stay is denied. It is further

**ORDERED** that, no later than twenty days after the completion of the arbitration proceeding, the parties shall file a status report advising the Court whether they believe the case should be reopened for good cause for any further proceedings in this Court or whether the case may be dismissed.

DATED June 1, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge